# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61325-BLOOM

ERIC L. JOHNSON,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ON DECLARATION IN SUPPORT
## OF REQUEST TO PROCEED IN *FORMA PAUPERIS*

**THIS CAUSE** is before the Court upon Petitioner Eric L. Johnson's ("Petitioner") Declaration in Support of Request to Proceed in Forma Pauperis, ECF No. [3] ("Declaration"). On June 18, 2021, Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 by a Person in State Custody, ECF No. [1] ("Petition").[1] A petitioner that wishes to proceed *in forma pauperis* ("IFP") in a § 2254 action must file "a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2), Rules Governing § 2254 Cases (alteration added). Furthermore, any motion for leave to proceed IFP filed in conjunction with a § 2254 petition shall be submitted on the Court's form IFP application "or an affidavit which substantially follows the form." S.D. Fla. L.R. 88.2(b).

---

[1] "Under the prison mailbox rule, a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) (citations and internal quotation marks omitted).

Here, Petitioner filed a Declaration in Support of Request to Proceed in Forma Pauperis that substantially follows the Court's form affidavit. However, Petitioner did not file a motion for leave to proceed *in forma pauperis*, nor did he file the required Rule 3(a)(2) certificate.

Accordingly, it **is ORDERED AND ADJUDGED** as follows:

1. Petitioner Eric L. Johnson's Declaration in Support of Request to Proceed in Forma Pauperis, **ECF No. [3]**, is **DENIED without prejudice**.

2. On or before **July 28, 2021**, Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis*, with supporting financial affidavit, and the six-month account statement in accordance with Rule 3(a) of the Rules Governing §2254 Proceedings in the District Courts.

3. The Clerk of Court is **DIRECTED** to provide Petitioner with a copy of the *in forma pauperis* form alongside this Order.

4. If Petitioner pays the filing fee, the payment must bear **Case No. 21-cv-61325-BB** so the fee will be docketed in the correct case. This is especially important where Petitioner has filed more than one case.

5. Petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 28, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Eric L. Johnson, *Pro Se*
#779161
Moore Haven Correctional Facility
Inmate Mail/Parcels
Post Office Box 719001
Moore Haven, FL 33471